UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEXTER WRIGHT, # 76522-061,

    Petitioner,

Case Number: 1:21-cv-11043
Honorable Thomas L. Ludington

v.

JONATHAN HEMINGWAY,

    Respondent.
_____/

**OPINION AND ORDER DISMISSING PETITION
FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**

Petitioner Dexter Wright, currently incarcerated at the Federal Correctional Institution in Milan, Michigan, filed this *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. Magistrate Judge David R. Grand issued an Order to Correct Deficiency (ECF No. 2) because Petitioner failed to submit either the $5.00 filing fee or a certified trust account statement for the 6-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915. Petitioner was directed to correct the deficiency within twenty-one days and cautioned that failure to do so could result in dismissal of the petition. *Id.*

Petitioner has not corrected the deficiency and the time for doing so has expired. The petition will be dismissed without prejudice to Petitioner's right to file another petition in accordance with the applicable Federal and local rules.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

Dated: July 16, 2021

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge